# REDMAN LUDWIG, P.C.
### ATTORNEYS AT LAW

July 5, 2022

<u>Sent via U.S. Mail</u>
Velo Law
1750 Leonard Street, NE, Grand Rapids, MI 49505

**Please be advised that this office represents the individual(s) in assistance to provide debt relief.**

| | |
|---|---|
| Client Name: | Heather Laws (a/k/a Heather E Schultz, Heather E Peet) |
| Address: | |
| Social Sec.: | -5233 |

    The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes any contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

    Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect. Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly.

    Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated. In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you. If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

                                                      Respectfully submitted,

                                                      /s/ Eric C. Redman
                                                      Eric C. Redman, Attorney
                                                      Redman Ludwig, P.C.
                                                      ECR/mcr



EXHIBIT 2

151       06
317-685-2426       636-8686 Fax
Visit Us: www.redmanludwig.com



**REDMAN LUDWIG, P.C.**
ATTORNEYS AT LAW
151 N. Delaware St, #1106
Indianapolis, IN 46204



NEOPOST   FIRST-CLASS MAIL
07/06/2022
US POSTAGE $000.53⁰

ZIP 46227
041M10282833

Velo Law
1750 Leonard Street, NE
Grand Rapids, MI 49505

# REDMAN LUDWIG, P.C.
### ATTORNEYS AT LAW

July 7, 2022

<u>Sent via U.S. Mail</u>
Velo Law
1750 Leonard Street, NE, Grand Rapids, MI 49505

**Please be advised that this office represents the individual(s) in assistance to provide debt relief.**

| | |
|---|---|
| Client Name: | Heather Laws (a/k/a Heather E Schultz, Heather E Peet) |
| Address: | |
| Social Sec.: | -5233 |

    The purpose of this letter is to provide you with written notice that the above-referenced individual(s) is in fact and in law represented by this office for all debts that he or she may have. As a result of this notice, and pursuant to 15 U.S.C. §1692 you are to immediately terminate any further direct or indirect contacts with the above-referenced individual(s). Please be advised that prohibited contacts include, but are not limited to, all forms of communication by letter, phone, fax, e-mail, text messages, any communication through social media of any type, or by any other means. This prohibition includes any contact directly, indirectly or in any way with any employer, family member, friend, or other creditor of the above-reference individual(s).

    Please be advised that the above-referenced individual(s) disputes the debt which you are attempting to collect. Please direct all future communications to this office. Please do not contact the above-referenced individual(s) directly.

    Upon receipt of this letter, any further direct or indirect contacts with the above-referenced individual(s) must be terminated. In the event that legal representation for the above-referenced individual(s) is terminated, then this office will contact you. If you have any questions, please feel free to contact this office. Thank you for your time and attention to this matter.

                                     Respectfully submitted,

                                     <u>/s/ Eric C. Redman</u>
                                     Eric C. Redman, Attorney
                                     Redman Ludwig, P.C.
                                     ECR/mcr



**151 N. Delaware St, #1106**
**Indianapolis, IN 46204**
317-685-2426 Phone      317-636-8686 Fax
Visit Us: <u>www.redmanludwig.com</u>



**REDMAN LUDWIG, P.C.**
ATTORNEYS AT LAW
151 N. Delaware St, #1106
Indianapolis, IN 46204



NEOPOST          FIRST-CLASS MAIL
07/07/2022
US POSTAGE $000.53⁰

ZIP 46227
041M10282833

Velo Law
1750 Leonard Street, NE
Grand Rapids, MI 49505